Michael Louis Kelly - State Bar No. 82063
mlk@kirtlandpackard.com
Behram V. Parekh - State Bar No. 180361
bvp@kirtlandpackard.com
Heather M. Peterson - State Bar No. 261303
hmp@kirtlandpackard.com
KIRTLAND & PACKARD LLP
2041 Rosecrans Avenue
Suite 300
El Segundo, California 90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

*Counsel for Plaintiff and all others similarly situated*

LAW OFFICES KIRTLAND & PACKARD LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE WILLIAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BPI SPORTS, LLC, a Florida Limited Liability Company, and DOES 1-10, inclusive,<br><br>Defendant | Case No. CV12-03926-SVW-E<br><br>**<u>CLASS ACTION</u>**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**[FRCP 41(a)(1)(A)]** |

LAW OFFICES
KIRTLAND & PACKARD LLP

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Thomas Lee Williams dismisses this entire action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the dismissal can be accomplished without a court order because no answer or motion for summary judgment has been served by Defendant.

DATED: June 27, 2012

KIRTLAND & PACKARD LLP

By: /s/ Heather M. Peterson
MICHAEL LOUIS KELLY
BEHRAM V. PAREKH
HEATHER M. PETERSON
*Counsel for Plaintiff and All Others Similarly situated*